

## THE LAW OFFICE OF KEN LANIER, LLC
One West Court Square, Suite 750
Decatur, GA 30030

Kenric Lanier, Esq.

(404) 494-7784 (office)
(404) 494-7701 (fax)

March 25, 2021

**VIA CERTIFIED MAIL**                          9407111898765890041039

Ms. Sarah Jackson
Wal-Mart Claims Services
PO Box 14731
Lexington, KY 40512

Re:  Your Insured:      Walmart Inc.
     Our Client:        Christine Henderson
     Date of Incident:  May 31, 2019
     Claim #:           8834246

### TIME LIMITED DEMAND

Dear Ms. Jackson:

    As you are aware, this firm has been retained to represent Ms. Christine Henderson in her negligence claim against Walmart Inc. ("hereinafter as Walmart") This demand arises out of a personal injury incident that occurred on May 31, 2019, at the aforementioned store located at 1100 Thornton Road, Lithia Springs, GA 30122. This letter is being sent to you pursuant to O.C.G.A. §51-12-14 and is in the nature of a demand for purposes of settlement and compromise only. Additionally, this demand is made for the purpose of settling this personal injury claim without the necessity of litigation and the legal expenses that would arise. It is expressly understood that any and all representations made herein are for the limited purpose of settlement discussions and in no way may be used in any legal proceeding regarding this matter.

### FACTS OF THE ACCIDENT

1. On May 31, 2019, Ms. Henderson had just finished shopping at The Walmart store at 1100 Thornton Road, Lithia Springs, GA 30122.

2. Ms. Henderson completed her shopping and was walking towards the store's exit.

3. As Ms. Henderson was walking forward, an employee who was operating the motorized carts in a reckless and negligent manner in total disregard for patron safety unexpectedly hit her, causing her to violently and abruptly fall onto the ground, fracturing her left arm.

4. Upon getting assistance, an ambulance was called to the scene and Ms. Henderson was taken to Wellstar Douglas Hospital.

O.C.G.A. § 51-3-1 clearly states that "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." We have concluded, based on our investigation, that your insured flatly failed to exercise ordinary care. As you are no doubt aware, Georgia law in this area focuses quite a bit on which party had superior knowledge of a hazard—the premises owner/operator or the injured party. I think a jury will have no problem in determining that your insured had far superior knowledge of the hazard of striking someone with a motorized cart and should have been well-trained.

## LIABILITY

Ms. Henderson was an invitee at Walmart and therefore, Walmart is charged with the duty of ordinary care to keep the premises safe. The staff member should have known how to properly operate a motorized cart without causing injury. This incident could have easily been avoided with proper training and care. An independent witness had to help Ms. Henderson get up from the floor. As such, police were called, and Ms. Henderson was transported to the emergency room. Therefore, it is our position that liability is clear and that the only issue to be negotiated in this case is the value of the injury claim.

## INJURIES/AFFECT ON LIFESTYLE

On May 31, 2019, Ms. Henderson arrived at Wellstar Douglas Hospital where she was immediately evaluated by Dr. Thomas C. Crouch. When she first presented herself to the emergency room, her chief complaints were severe pain in her left shoulder, left elbow, left wrist, and left knee. Ms. Henderson was immediately evaluated to determine the extent of her injuries. Dr. Crouch ordered x-rays of the left knee, left wrist, left elbow, and left shoulder. After the physical assessment, Ms. Henderson was diagnosed as suffering from **CLOSED NONDISPLACED FRACTURE OF MEDIAL EPICONDYLE OF LEFT HUMERUS, left shoulder strain, strain of left wrist, and strain of the left knee.** Dr. Crouch provided Ms. Henderson care instructions and prescriptions for Hydrocodone-Acetaminophen, a narcotic used to treat pain, and Ibuprofen, an anti-inflammatory drug.

On June 4, 2019, Ms. Henderson presented to OrthoOne Sports Medicine for an evaluation by Dr. Jeffrey Alan Dlabach. Dr. Dlabach performed a full examination of the left elbow and left knee. Due to the severity of her injuries, Dr. Dlabach ordered x-rays of the left wrist, left elbow, and left knee. After reviewing the radiographs, Dr. Dlabach diagnosed and treated Ms. Henderson for a sprained left knee, contusions of the left elbow, contusions of the left hand, and contusions of the left knee. Dr. Dlabach then referred Ms. Henderson to physical therapy with Dr. Lisa Poole.

On June 24, 2019, Ms. Henderson sought care with Dr. Lisa Poole at OrthoOne Sports Medicine, for pain of the left wrist and left elbow suffered from the incident. Dr. Poole reviewed Ms. Henderson's symptoms and injuries. Dr. Poole implemented a treatment plan that consisted of therapeutic exercises, therapeutic activity, neuromuscular rehabilitation, manual therapy, and patient education. Due to the nature of her injuries, Ms. Henderson was referred to Methodist Le Bonheur Healthcare and The Imaging Center at Wolf River for imaging.

Still experiencing pain, on June 19, 2019, Ms. Henderson presented to Methodist Le Bonheur Healthcare for an MRI of the upper joint. The radiographs revealed sprain of the right wrist and edema.

On December 27, 2019, Ms. Henderson presented to The Imaging Center at Wolf River for an MRI of the thoracic spine. The radiographs revealed extension of ossification of posterior longitudinal ligament from the cervical spine into the upper thoracic spine. On June 17, 2020, Ms. Henderson returned to The Imaging Center at Wolf River for an MRI of the left shoulder. The radiographs revealed small subchondral cysts in the anteroinferior glenoid as well as low-grade partial thickness articular surface tear involving the supraspinatus tendon.

On December 1, 2020, the MRI of the left forefoot was completed and revealed arthritic changes at the first metatarsophalangeal joint with a small marginal erosion of the medial aspect of the head of the first metatarsal.

As of December 21, 2020, Ms. Henderson reached maximum recovery for the injuries suffered as a result of the incident.

However, since the time of this incident, Ms. Henderson continues to suffer from extreme pain and discomfort as a result of her injuries. She is unable to stand for continued periods of time due to the pain and discomfort she continues to experience. The quality of Ms. Henderson's life has deteriorated as a result of the incident in question.

Ms. Henderson treated from May 31, 2019, through December 21, 2020, for injuries as a result of the incident at Walmart. As a direct and proximate result of Walmart's negligence, Ms. Henderson sustained injuries to her left arm, left elbow, left knee and back:

- **CLOSED NONDISPLACED FRACTURE OF MEDIAL EPICONDYLE OF LEFT HUMERUS**
- Left shoulder strain

- Strain of the left wrist
- Contusions of the left elbow
- Contusions of the left hand
- Contusions of the left knee
- Pain of the right wrist
- Edema of the right wrist
- Back pain
- Strain of the left knee

Ms. Henderson's medical expenses total **$23,738.40**

**Medical Expenses**
Douglas County Fire - $642.80
Wellstar Douglas Hospital - $5,273.60
The Bortolazzo Group - $2,143.00
Quantum Radiology - $154.00
OrthoOne Sports Medicine Physical Therapy - $11,027.00
OrthoOne Sports Medicine - $TBD
Methodist Le Bonheur Healthcare - $4,498.00
Imaging Center at Wolf River - $TBD

Note: Enclosed, please find all medical records and bills in our possession, which document Ms. Henderson's claim.

## PRIOR MEDICAL HISTORY

Prior to the incident, Ms. Henderson underwent a total knee replacement. This incident caused additional pain and an exacerbation of the prior surgery.

## SETTLEMENT DEMAND

Ms. Henderson wants to resolve this matter amicably. Therefore, in the spirit of compromise and in order to avoid the trouble and expense of litigation, Ms. Henderson will accept the sum of **$750,000.00** in full settlement of her claim against Walmart if that sum is tendered to the undersigned on behalf of Walmart by **April 24, 2021**.

If you fail to pay this amount by the stated deadline, the demand is automatically withdrawn, and Ms. Henderson will file suit against Walmart in the State Court of Douglas County with an eye towards obtaining a verdict well in excess of this demand.

## UNLIQUIDATED DAMAGES DEMAND

Please consider our demand of **$750,000.00** as the amount requested under the Georgia Unliquidated Damages Interest Act codified at O.C.G.A. § 51-12-14 ("the Act"). Pursuant to the Act, if the amount demand is not paid in full within thirty days from the mailing of this letter then, if upon the trial of this case a judgment not less than the sum demanded results, the Plaintiff herein will be entitled to receive interest on the sum demanded at the rate provided by law from the 30th day following the mailing of this letter.

In sum, the liability facts against Walmart are clear. The seriousness of the injuries are known to you. We see no purpose in holding this claim open beyond the time limit set forth above. This is a straightforward claim that Walmart clearly owes. If you do not settle this claim, you will incur considerable defense fees, plus the judgment that Ms. Christine Henderson will win. We, therefore, make our demand one of both time and amount in the hope that it will be accepted by you as the fastest and most economical resolution of this claim. Of course, this letter relates to the compromise of a disputed claim and shall not be admissible in evidence against Ms. Henderson.

## MATERIAL TERMS OF SETTLEMENT

On behalf of Ms. Henderson, we are providing a reasonable opportunity to settle the claims against Walmart Inc. under the following terms;

1. You have 30 days from your receipt of this offer to accept it. If we do not actually receive a timely acceptance, this offer will be deemed rejected, and we will file a lawsuit to recover the total amount of losses caused by Walmart Inc., instead of the limited amount afforded by your coverage and other coverage that may be available. Your acceptance of this offer must be made in writing to The Law Office of Ken Lanier, LLC., One West Court Square, Suite 750, Decatur, GA 30030.

2. Payment in the amount of **$750,000.00** must be made payable to Ms. Christine Henderson and The Law Office of Ken Lanier, LLC. within ten (10) days after your written acceptance of this offer to settle. Timely payment is an essential element of acceptance.

3. Walmart will be released from liability subject to a General Release.

4. The claims released by accepting this offer are all personal injury claims against Walmart.

This firm's Tax Identification Number is 47-1064479. We will be happy to provide a signed W-9 upon your request, but your request does not extend any time limits under this offer.

If you have any questions, please contact my office, and speak with me. We look forward to your timely response.

Sincerely,

/s/ Kenric Lanier

Kenric Lanier
Attorney at Law

Enclosures