## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

CHRISTINE HENDERSON,                                              Civil Action File No.
                                                                  2:21-CV-130-SCJ

      Plaintiff,

v.

WALMART INC. AND
WAL-MART STORES EAST, LP,
JEFFEREY DAVENPORT, AND
JOHN DOES 1-5,

      Defendants.

_____/

## CONSENT ORDER FOR DISMISSAL WITH PREJUDICE

It appearing to the Court that all parties in the above-styled action having

settled all issues asserted or that could have been asserted in the above-captioned

action, it is

ORDERED that the above-styled action is hereby dismissed with prejudice,

with each party to absorb its own costs of litigation.

SO ORDERED this __8th__ day of _____March_____, 2022.

                      _s/Steve C. Jones_____
                      Honorable Steve C. Jones
                      United States District Court Judge

CONSENTED TO:

| | |
|---|---|
| */s/ Kevin A. Adamson* | */s/ Jennie E. Rogers* |
| Kevin A. Adamson | Jennie E. Rogers |
| Georgia Bar No. 004851 | Georgia Bar No. 615725 |
| Attorney for Plaintiff | Attorney for Defendants |
| 4295 International Blvd., Suite D | 3445 Peachtree Rd., N.E., Ste 500 |
| Norcross, GA 30093 | Atlanta, GA 30326 |
| (404) 581-9100 | (404) 365-4576 |
| kevin@adamsoncleveland.com | jrogers@mmatllaw.com |